```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARIE BREVIL,
                          Plaintiff,

v.                                                                    ORDER

COUNTY OF ROCKLAND, ED DAY, SCOTT                                     15 CV 5103 (VB)
VANDERHOEF, JUNE GRAY, ROCKLAND
COUNTY DEPARTMENT OF SOCIAL
SERVICES, SUSAN SHERWOOD, JOAN
SILVESTRI, BARBARA GAVIN, JOSEPH
FILIPPONE, CARLA ORTIZ, P.T. THOMAS,
SCOTT FIRESTONE, RAM NAGUBANDI, and
JOHN FELLA,
                          Defendants.
--------------------------------------------------------------x
```

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-19-18]

By Order dated May 22, 2018, the Court granted plaintiff a sixth and final extension of time, until June 8, 2018, to file her second amended complaint. (Doc. #77). Plaintiff has not done so or sought a further extension.

Because the Court is reluctant to dismiss a case for failure to comply with scheduling orders rather than on the merits, plaintiff is granted one final extension—until July 3, 2018—to file her second amended complaint.

**If plaintiff fails to file her second amended complaint by July 3, 2018, the Court will dismiss the case for failure to prosecute and to comply with a Court order, pursuant to Fed. R. Civ. P. 41(b). If the Court dismisses the case for that reason, the dismissal shall operate as an adjudication on the merits.**

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: June 19, 2018
       White Plains, NY

                                        SO ORDERED:

                                        /s/ Vincent L. Briccetti
                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge